UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZACHARY ELLIOTT,

    Plaintiff,

                                  Case No. 13-CV-11050

v.

                                  HON. GEORGE CARAM STEEH

ALLSTATE INSURANCE COMPANY,

    Defendants.

_____/

ORDER OF RECOMMENDED SETTLEMENT

Counsel for the parties and the court met for a final pre-trial/settlement conference on this date and reached recommended settlement figures, as proposed by the court, in the sum of $35,032 for wage loss benefits to May 31, 2014, or $ 50,952 for wage loss benefits through April 29, 2015.

The court advised the parties that the trial date scheduled for June 17, 2014, is firm. The parties have until June 9, 2014 to accept or reject either of the recommended figures above.

**IT IS SO ORDERED**.

Dated: May 28, 2014

                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE